| | | |
|---|---|---|
| PROB 22 (Rev. 01/24) | | **DOCKET NUMBER** *(Tran. Court)* <br> 1:20cr30-02 |
| **TRANSFER OF JURISDICTION** | | **DOCKET NUMBER** *(Rec. Court)* <br> 2:25-cr-00291-JCM-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Lakendrick Deangelo Dixon <br> Nevada | North Dakota | Bismarck |
| | **NAME OF SENTENCING JUDGE** <br> The Honorable Daniel L. Hovland | |
| | **DATES OF PROBATION/ SUPERVISED RELEASE** | **FROM** 04/21/2025    **TO** 04/20/2030 |

**OFFENSE**

Conspiracy to Distribute a Controlled Substance- Methamphetamine (Mixture of 500 grams or more), in violation of 21 U.S.C. 846 and 841(b)(1)(A)(viii)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Dixon has ties in the District of Nevada and has no plans to return to the District of North Dakota.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     DISTRICT OF    **NORTH DAKOTA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    **District of Nevada**    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/2/2025           *[signature]*
*Date*           *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     DISTRICT OF    **NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 23, 2025           *James C. Mahan*
*Effective Date*           *United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Lakendrick Deangelo Dixon

Case No.: **2:25-cr-00291-JCM-DJA-1**

**REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION**

September 18, 2025

TO:   The Honorable District Judge

By way of case history, Mr. Dixon was sentenced by the Honorable Daniel L Hovland on March 24, 2021, to 72 months prison followed by five years supervised release for the offense of Conspiracy to Distribute a Controlled Substance- Methamphetamine (Mixture of 500 Grams or More). On April 21, 2025, Mr. Dixon commenced his supervision in the District of Nevada.

Mr. Dixon plans to remain in Las Vegas for the duration of his supervision. To expedite any future matters that may require the Court's attention, it is recommended the Court accept jurisdiction of the case.

Should the Court agree with this request, a signed transfer of jurisdiction form 22 is attached for Your Honor's review and signature.

Respectfully submitted,

*E Hogans*
Digitally signed by Erica Hogans
Date: 2025.09.19 11:45:24 -07'00'

Erica Hogans
US Probation Officer

Approved:

*Amberleigh K Barajas*
Digitally signed by Amberleigh Barajas
Date: 2025.09.19 11:29:54 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer